UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

2003 DEC -1 P 2: 58

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ERROL M. WARNER, III, | ) |
| | ) |
|     Plaintiff and Counterclaim Defendant, | ) |
| | )   Case No. 3:02CV00918 (DJS) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant and Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PETROS SISKOS, | ) |
| | ) |
|     Counterclaim Defendant. | ) |

## MOTION TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDA

Errol M. Warner, III, by his undersigned attorney, hereby requests that the Court grant an extension of time for the parties to file pre-trial memoranda in the above-captioned case. The Plaintiff and Counterclaim Defendant have arrived at a method of settlement and are in the process of verifying certain payments made by either or both of them during the periods involved. Once verification has been completed, they intend to resolve matters between themselves and the parties will withdraw the case with prejudice. It was initially anticipated that this procedure would be completed by now. However, due to a death of a member of the family of the Plaintiff's attorney, additional time is needed. Counsel for Plaintiff has consulted with counsel for the Defendant and Counterclaim Plaintiff and counsel for the Counterclaim Defendant and neither of them has any objection to the granting of this Motion.

1

WHEREFORE, the Plaintiff requests the Court to grant this Motion to Extend Time

to File Pre-Trial Memoranda until December 19, 2003.

ERROL M. WARNER, III, Plaintiff

By _David Wayne Winters_

David Wayne Winters
Winters & Forte
315 Highland Avenue, Suite 102
P.O. Box 844
Cheshire, Connecticut 06410
Telephone (203) 272-2927
Facsimile: (203) 271-1222
dwwinters@winters-forte.com
Federal Bar No. ct06249

(w.7681)

CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT service of the foregoing Motion to Extend Time to File Pre-Trail Memoranda was made this 26th day of November, 2003, upon the following by facsimile and by depositing a copy in the united States, mail, postage prepaid, addressed to:

Louis N. George, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114
Facsimile: (860) 296-8494

Glenn J. Melcher
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044-0055
Facsimile: (202) 514-5238

David Wayne Winters
Winters & Forte
315 Highland Avenue, Suite 102
P.O. Box 844
Cheshire, Connecticut 06410
Telephone (203) 272-2927
Facsimile: (203) 271-1222
dwwinters@winters-forte.com
Federal Bar No. ct06249

(w.7681)

3