UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ERROL M. WARNER, III**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv918(DJS) |
| **UNITED STATES OF AMERICA**<br>    Defendant | : |
| v. | |
| **PETROS SISKOS**<br>    Counterclaim Defendant | : |

**ORDER**

The Plaintiff's Motion to Extend Time to File Pre-trial Memoranda (Doc. #21) is hereby **GRANTED to and including December 19, 2003.**

   **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th   day of December, 2003.


                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge