UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 14  A 10: 56
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ERROL M. WARNER, III, | ) |
| Plaintiff and Counterclaim Defendant, | ) |
| v. | ) Case No. 3:02CV00918 (DJS) |
| UNITED STATES OF AMERICA, | ) |
| Defendant and Counterclaim Plaintiff, | ) |
| v. | ) |
| PETROS SISKOS, | ) |
| Counterclaim Defendant. | ) |

**STIPULATION FOR DISMISSAL**

The plaintiff, by his undersigned attorney, the defendant, the United States of America, by its undersigned attorney, and the counterclaim defendant, by his undersigned attorney, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own cost, fees and expenses.

_____
David Wayne Winters, Esq.
Winters & Forte
315 Highland Avenue, Suite 102
P.O. Box 844
Cheshire, CT 06410

ATTORNEY FOR THE PLAINTIFF

_____
GLENN J. MELCHER (ct16125)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
Telephone: (202)307-1927
Facsimile: (202) 514-5238
glenn.j.melcher@usdoj.gov

ATTORNEY FOR THE DEFENDANT
UNITED STATES OF AMERICA

_____
Louis N. George, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

ATTORNEY FOR THE COUNTERCLAIM
DEFENDANT


**IT IS SO ORDERED**, this _____ day of _____, 2004.


_____
DOMINIC J. SQUATRITO
United States District Judge