UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ERROL M. WARNER, III** : | |
|     **Plaintiff/Counterclaim Defendant** | |
| v. : | CIVIL NO.: **3:02cv918(DJS)** |
| **UNITED STATES OF AMERICA** : | |
|     **Defendant/Counterclaim Plaintiff** | |
| v. | |
| **PETROS SISKOS** : | |
|     **Counterclaim Defendant** | |

### ORDER

The Stipulation for Dismissal (Doc. #23) with prejudice is hereby **GRANTED. The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   22nd   day of January, 2004.

                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge